IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-525-D

| | | |
|---|---|---|
| WALTER KELLY DAVIS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Appellee. | ) | |

On February 18, 2015, the court ordered Walter Kelly Davis ("Davis") to show cause why the court should not dismiss his appeal for failure to prosecute. See [D.E. 28]. On March 3, 2015, Davis responded to the show cause order and requested a continuance. See [D.E. 29]. On March 24, 2015, Wells Fargo Bank responded in opposition to a continuance. See [D.E. 31].

The court has reviewed the entire record. The court agrees with Wells Fargo. Davis's delay is not due to excusable neglect, and good cause does not exist for Davis's requested continuance. The request for a continuance is DENIED and the appeal is DISMISSED for failure to prosecute.

SO ORDERED. This 10 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge